ACCEPTED
011400932CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/14/2015 5:06:43 PM
CHRISTOPHER PRINE
CLERK

_____

## NO. 01-14-00932-CV

_____

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/14/2015 5:06:43 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

_____

CITY OF RICHMOND, TEXAS

V.

PECAN GROVE MUNICIPAL UTILITY DISTRICT

_____

Appeal from the 268th Judicial District
Court of Fort Bend County, Texas
Cause No. 14-DCV-217359

_____

### NOTICE OF CHANGE OF CONTACT INFORMATION

_____

Please note the following new contact information for Charles B. McFarland, counsel for Appellee, Pecan Grove Municipal Utility District. This information is effective as of January 16, 2015.

> Charles B. McFarland
> McFarland PLLC
> 712 Main Street, Suite 1500
> Houston, Texas 77002-3207
> Tel 713.222.1115
> Fax 844.270.5032
> cmcfarland@mcfarlandpllc.com

Respectfully submitted,

MCFARLAND PLLC


/s/ Charles B. McFarland
Charles B. McFarland
State Bar No. 00794269
cmcfarland@mcfarlandpllc.com
Elly D. Austin
State Bar No. 24076252
eaustin@mcfarlandpllc.com
712 Main Street, Suite 1500
Houston, Texas 77002-3207
Tel 713.222.1115
Fax 844.270.5032

ATTORNEYS FOR APPELLEE,
Pecan Grove Municipal Utility District


CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of January, 2015, a true and correct copy of the above and foregoing was forwarded by fax to the following:

Betsy J. Johnson
Davidson Troilo Ream & Garza
919 Congress Avenue, Suite 810
Austin, Texas 78701
bjohnson@dtrglaw.com
Fax 512.473.2159
*Attorney for Defendant*


/s/ Charles B. McFarland
Charles B. McFarland